478 A.2d 53

Commonwealth v. Allen, Appellant.

Petition for Allowance of Appeal
Denied Sept. 26, 1984.

Submitted November 28, 1983. Penn Bradford Glazier, for appellant; Michael H. Ranck, District Attorney for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.